B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Day, Gary M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3294** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**225 N. Valley Rd.**<br>**Barrington, IL**<br>ZIP Code **60010** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Day, Gary M.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **Gary M. Day, Inc.** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>　　Signature of Attorney for Debtor(s)　　　　　(Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

　　　_____
　　　(Name of landlord that obtained judgment)


　　　_____
　　　(Address of landlord)

☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                   Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Day, Gary M.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gary M. Day**
_____
Signature of Debtor   **Gary M. Day**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**February  9, 2009**
_____
Date

### Signature of Attorney*

X **/s/ Barbara L. Yong**
_____
Signature of Attorney for Debtor(s)

**Barbara L. Yong**
_____
Printed Name of Attorney for Debtor(s)

**Golan & Christie LLP**
_____
Firm Name
**70 W. Madison**
**Suite 1500**
**Chicago, IL 60602**
_____
Address

**Email: Blyong@golanchristie.com**
**(312) 263-2300  Fax: (312) 263-0939**
_____
Telephone Number
**February  9, 2009**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Gary M. Day                                        Case No. _____

                                     Debtor(s)             Chapter    7 _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     /s/ Gary M. Day
                          Gary M. Day

Date:    February  9, 2009

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gary M. Day**                                                                    ,    Case No. _____

                                             Debtor

                                                         Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 645,000.00 | | |
| B - Personal Property | Yes | 3 | 10,839.55 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 953,443.47 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 5,827.45 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 700,154.34 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 9 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 12,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 11,989.00 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| | | Total Assets | 655,839.55 | | |
| | | | Total Liabilities | 1,659,425.26 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gary M. Day**

Debtor                                        ,

Case No. _____

Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re     **Gary M. Day**                                                                          ,        Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **225 N. Valley Rd. Barrington, IL 60010** | **Tenancy by the Entirety** | **J** | **625,000.00** | **600,000.00** |
| **1426 Taylor Drive Otsego, MI 49078** | **Tenancy by the Entirety** | **J** | **20,000.00** | **335,000.00** |
| **Unimproved vacant land** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **645,000.00** | (Total of this page) |
| Total > | **645,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Gary M. Day**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **J.P. Morgan Chase**<br>**PO Box 260180**<br>**Baton Rouge, LA  70826-0180**<br><br>**Acct. No. 000000006070825** | J | 835.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture/lap top computer/televisions** | J | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothes** | H | 350.00 |
| 7. Furs and jewelry. | | **Wedding ring** | H | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Digital camera** | H | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **2,735.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Gary M. Day**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) American Funds Plan ID:  IRK 75312** | H | 721.07 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **SEP IRA Charles Schwab Acct. No.:  2050-7691** | H | 63.48 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          784.55
(Total of this page)

Sheet   __1__   of   __2__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      **Gary M. Day**                                                                ,        Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Ford Escape VIN 1FMYU4141KE78269** | H | 7,220.00 |
| 26. Boats, motors, and accessories. | | **Pontoon Boat Michigan Property** | J | 100.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Timeshare 1 week/yr.** | J | Unknown |

|  | Sub-Total > | 7,320.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 10,839.55 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Gary M. Day**                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:              ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                 $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Other Exemptions** | | | |
| **2001 Ford Escape** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **7,220.00** |
| **225 N. Valley Rd.** **Barrington, IL 60010** | **735 ILCS 5/12-901** | **15,000.00** | **625,000.00** |
| **Furniture, lap top computer, televisions, clothes, wedding ring, digital camera** | **735 ILCS 5/12-1001(b)** | **1,900.00** | **1,900.00** |
| **Time share** | **735 ILCS 5/12-1001(b)** | **2,100.00** | **Unknown** |
| | Total: | **21,400.00** | **634,120.00** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Gary M. Day**                                                      Case No. _____
                                                    ,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **632 9838** | | | **Mid 2006** | | | | | |
| **AmTrust** PO Box 790376 Saint Louis, MO 63179-0376 | X | J | **House - 1st Mortgage** | | | | | |
| | | | Value $            **620,000.00** | | | | **464,859.00** | **0.00** |
| Account No. **272 115 1997** | | | **December 2006** | | | | | |
| **Citizens Automobile Finance, Inc.** PO Box 42113 Providence, RI 02940-2113 | - | | **Lien on vehicle** **2001 Ford Escape** **VIN:  1FMYU4141KE78269** | | | | | |
| | | | Value $            **7,220.00** | | | | **6,907.99** | **0.00** |
| Account No. | | | **August 2006** | | | | | |
| **Comerica Bank** 1900 West Loop South Suite 220 Houston, TX 77027 | - | | **Mortgage on Michigan property** | | | | | |
| | | | Value $            **20,000.00** | | | | **335,000.00** | **315,000.00** |
| Account No. | | | **2008** | | | | | |
| **FH Premier Plywood, Inc.** c/o Edwin J. Belz, Atty. 4407 N. Eston Ave. Chicago, IL 60630 | - | | **Judgment lien recorded 11/18/08** **House** | | | X | | |
| | | | Value $            **625,000.00** | | | | **11,691.62** | **0.00** |
| __1__     continuation sheets attached | | | Subtotal (Total of this page) | | | | **818,458.61** | **315,000.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Gary M. Day**                                                                        ,      Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **004 002 9035** | | | | | **Mid 2006** | | | | | |
| **Ocwen Loan Servicing, LLC** PO Box 785063 Orlando, FL 32878-5063 | X | J | | | **House - 2nd Mortgage** | | | | | |
| | | | | | Value $          **620,000.00** | | | | **134,984.86** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **134,984.86** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **953,443.47** | **315,000.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Gary M. Day**                                                                                    ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Gary M. Day**                                                                    ,        Case No. _____

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **American Funds** c/o Waterstone Financial Group, Inc 931 N Plum Grove Rd Schaumburg, IL 60173-4767 | - | | | **11/19/08** **Gary M. Day, Inc. d/b/a Nuveau Designs 401K Plan and Trust - IRK 75312** | | | | 5,827.45 | 0.00 / 5,827.45 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 5,827.45 | 0.00 / 5,827.45 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 5,827.45 | 0.00 / 5,827.45 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re   **Gary M. Day**

Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A&M Hardware, Inc.**<br>**400 W. Gramby St**<br>**Manheim, PA 17545** | X | - | **May 2008**<br>**Inventory materials** | | | X | 130.07 |
| Account No.<br><br>**ABS Whole Sale**<br>**953 Seton Court**<br>**Wheeling, IL 60090** | X | - | **September 2007**<br>**Inventory materials** | | | X | 199.39 |
| Account No. 264-601<br><br>**Aetna Plywood, Inc.**<br>**4208 Paysphere Circle**<br>**Chicago, IL 60674** | X | - | **April 2008**<br>**Inventory materials** | | | | 13,042.57 |
| Account No. 42448<br><br>**All Tile, Inc.**<br>**1201 Chase Ave**<br>**Elk Grove Village, IL 60007** | X | - | **August 2008**<br>**Inventory materials** | | | | 20,928.83 |

__19__  continuation sheets attached

Subtotal
(Total of this page)

34,300.86

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:24966-081217   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary M. Day**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Visa - 4798 5100 3941 4954**<br><br>**American Chartered Bank**<br>**Cardmember Service**<br>**PO Box 6353**<br>**Fargo, ND 58125-6353** | | - | | | **late 2006, early 2007**<br>**Supplies and materials for business** | | | | 7,064.53 |
| Account No. **4798 5100 3950 2246**<br><br>**American Chartered Bank**<br>**Cardmember Service**<br>**PO Box 6353**<br>**Fargo, ND 58125-6353** | | - | | | **late 2006, early 2007**<br>**Supplies and materials for business** | | | | 3,158.02 |
| Account No. **3715-484374-51007**<br><br>**American Express**<br>**Customer Service**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | | - | | | **2007**<br>**Business expenses/supplies** | | | | 22,158.53 |
| Account No.<br><br>**Anderson Lock Company**<br>**920 Remington Rd**<br>**Schaumburg, IL 60173** | X | - | | | **March 2008**<br>**Materials for inventory** | | | X | 8,580.00 |
| Account No.<br><br>**Arkraft Corporation**<br>**2048 Foster Avenue**<br>**Wheeling, IL 60090** | X | - | | | **March 2007**<br>**Manufacturing services** | | | X | 26,790.00 |

Sheet no. __1__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

67,751.08

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary M. Day**
_____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 997008112<br><br>AT&T Mobility<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | X | - | | | August 2008<br>Mobile phone service | | | X | 321.94 |
| Account No.<br><br>Baer Supply Company<br>909 Forest Edge Drive<br>Vernon Hills, IL 60061 | X | - | | | July 2008<br>Materials for inventory | | | | 3,304.01 |
| Account No. 4264-2904-7176-1544<br><br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850-2026 | | - | | | end of 2006, early 2007<br>Living expenses | | | | 31,127.84 |
| Account No.<br><br>Barnes Distribution<br>Dept CH 14079<br>Palatine, IL 60055-4079 | X | - | | | July 2007<br>Inventory materials | | | X | 84.02 |
| Account No. 7021-2713-0773-0082<br><br>Best Buy<br>Retail Services<br>PO Box 15521<br>Wilmington, DE 19850-5521 | | - | | | 2006<br>Computers for Business | | | | 2,870.74 |

Sheet no. __2___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,708.55

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary M. Day**                                                      ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1005380** | | | | | Employee dental insurance | | | | |
| **Blue Care Dental 75 Remittance Drive Suite 1246 Chicago, IL 60675-1246** | X | - | | | | | | X | 647.85 |
| Account No. **347499** | | | | | Health Insurance for employees | | | | |
| **Blue Cross Blue Shield of IL PO Box 1186 Chicago, IL 60690-1186** | X | - | | | | | | X | 5,581.84 |
| Account No. | | | | | December 2007 Accounting services | | | | |
| **Burton Partners, LLC 931 N Plum Grove Road Schaumburg, IL 60173** | X | - | | | | | | X | 8,061.53 |
| Account No. | | | | | November 2007 Metal fabrication services | | | | |
| **C&S Enterprises, Ltd 820 Dundee Ave Elgin, IL 60120** | X | - | | | | | | X | 1,370.00 |
| Account No. | | | | | August 2007 Materials/supplies | | | | |
| **C.R. Laurence Co. 2765 Spectrum Dr. Elgin, IL 60124** | X | - | | | | | | X | 32.18 |

Sheet no. __3__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,693.40

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary M. Day**
_____ ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Chicago Office Technology Group** PO Box 5940 Lock Box # 20-COE-001 Carol Stream, IL 60197-5940 | X | - | | June 2008 Office copier | | | X | 22.62 |
| Account No. **Chicago Suburban Express** PO Box 388568 Chicago, IL 60638 | X | - | | August 2007 Shipping services | | | X | 54.22 |
| Account No. 47703 **CIMCO Communications, Inc** PO Box 95900 Chicago, IL 60694 | X | - | | February 2007 Telephone service | | | X | 627.22 |
| Account No. 47703 **CINTAS** 1870 Brummel Dr. Elk Grove Village, IL 60007 | X | - | | July 2008 Safety supplies | | | X | 60.42 |
| Account No. **Mastercard 5588 8000 0610 6928** **Citibank USA, N.A.** c/o NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | | - | | late 2006, early 2007 Supplies and materials for business | | | | 8,585.03 |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,349.51

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary M. Day**                                                     ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | August 2008 Business license | | | | |
| City of Rolling Meadows 3600 Kirchoff Road Rolling Meadows, IL 60008 | X | - | | | | | | X | |
| | | | | | | | | | 88.00 |
| Account No. | | | | | October 2006 Supplies | | | | |
| Claridge Products PO Box 910 Harrison, AR 72602-0910 | X | - | | | | | | X | |
| | | | | | | | | | 112.00 |
| Account No. | | | | | October 2007 Compressor service | | | | |
| Cochrane Compressor Company 4533 W North Avenue Melrose Park, IL 60160 | X | - | | | | | | X | |
| | | | | | | | | | 497.66 |
| Account No. | | | | | May 2008 Materials for inventory | | | | |
| Collins Supply 6465 N. Avondale Ave Chicago, IL 60631 | X | - | | | | | | X | |
| | | | | | | | | | 691.28 |
| Account No. | | | | | August 2007 Materials for inventory | | | | |
| Contract Builders Hardware 1203 S Northwest Hwy Barrington, IL 60010 | X | - | | | | | | X | |
| | | | | | | | | | 191.64 |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,580.58

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary M. Day**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Custom Crafted Doors**<br>**2810 County Road**<br>**520 North**<br>**El Paso, IL 61738** | X | - | | **August 2007**<br>**Materials for inventory** | | | X | 2,654.33 |
| Account No.<br><br>**Custom Stainless Solutions**<br>**3747 Acorn Lane**<br>**Franklin Park, IL 60131** | X | - | | **October 2007**<br>**Materials for inventory** | | | X | 6,338.00 |
| Account No.<br><br>**Design Tex**<br>**200 Varick Street**<br>**8th Floor**<br>**New York, NY 10014** | X | - | | **July 2008**<br>**Materials for inventory** | | | X | 1,761.03 |
| Account No.<br><br>**Door Connection LLC**<br>**1400 Norwood Ave**<br>**Itasca, IL 60143** | X | - | | **December 2007**<br>**Materials for inventory** | | | X | 385.07 |
| Account No.<br><br>**Dymond Glass & Energy**<br>**226 W Belvidere Road**<br>**Hainesville, IL 60030** | X | - | | **October 2007**<br>**Materials for inventory** | | | X | 3,253.00 |

Sheet no. __6__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,391.43

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary M. Day**                                                              , Case No. _____

                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **212800** <br><br> **E. Kinast Distributors, Inc** <br> **3299 Eagle Way** <br> **Chicago, IL 60678-1032** | X | - | **May 2008** <br> **Materials for inventory** | | | | **4,408.09** |
| Account No. <br><br> **Edgebanding Surfaces, Inc.** <br> **828 W Cienega Ave.** <br> **San Dimas, CA 91773** | X | - | **July 2007** <br> **Materials for inventory** | | | X | **182.75** |
| Account No. <br><br> **ELC Installation Co** <br> **5635 James Drive** <br> **Oak Forest, IL 60452** | X | - | **June 2008** <br> **Installation services** | | | X | **35,947.00** |
| Account No. <br><br> **Eli-Wyn Upholstry** <br> **2211 N Elston** <br> **Chicago, IL 60614** | X | - | **January 2008** <br> **Installation services** | | | X | **1,095.00** |
| Account No. <br><br> **EPCO Paint** <br> **2655 Kirchoff Road** <br> **Rolling Meadows, IL 60008** | X | - | **February 2008** <br> **Materials for inventory** | | | X | **49.15** |

Sheet no. __**7**___ of __**19**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**41,681.99**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary M. Day**                                                          ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Esser Hayes (Westfield Insurance)** <br> **1811 High Grove, Suite 139** <br> **PO Box 2830** <br> **Naperville, IL 60567** | X | - | | | **July 2008** <br> **Rider on WC policy** | | | X | 3,005.30 |
| Account No. **3495-8276-7** <br><br> **Fed Ex** <br> **PO Box 94515** <br> **Palatine, IL 60094-4515** | X | - | | | **January 2008** <br> **Shipping services** | | | X | 22.91 |
| Account No. <br><br> **Fred Pryor Seminars** <br> **PO Box 219468** <br> **Kansas City, MO 64121-9468** | X | - | | | **November 2007** <br> **Seminar services** | | | X | 299.00 |
| Account No. <br><br> **G. Wood Services, Inc** <br> **5680 Northwest Highway** <br> **Chicago, IL 60646** | X | - | | | **June 2008** <br> **Finishing services** | | | X | 3,399.10 |
| Account No. <br><br> **Golterman & Sabo** <br> **3555 Scarlet Oak Blvd** <br> **Saint Louis, MO 63122** | X | - | | | **May 2007** <br> **Materials for inventory** | | | X | 1,224.00 |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,950.31**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Gary M. Day** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **382535**<br><br>**Groot Recycling & Waste**<br>**2500 Landmeier Road**<br>**Elk Grove Village, IL 60007** | X | - | **August 2008**<br>**Recycling services** | | | X | 331.67 |
| Account No. **788647**<br><br>**Hafele America Co.**<br>**PO Box 75352**<br>**Charlotte, NC 28275** | X | - | **July 2008**<br>**Materials for inventory** | | | X | 279.57 |
| Account No.<br><br>**HealthPro Physician**<br>**4949 Euclid Ave**<br>**Palatine, IL 60067** | X | - | **November 2007**<br>**Medical services** | | | X | 248.00 |
| Account No.<br><br>**Holland Freight Lines**<br>**750 East 40th Street**<br>**Holland, MI 49423** | X | - | **June 2008**<br>**Shipping services** | | | X | 397.57 |
| Account No. **6035 3225 4172 2371**<br><br>**Home Depot**<br>**825 E. Dundee Rd.**<br>**Palatine, IL 60067** | X | - | **January 2008**<br>**Miscellaneous supplies** | | | X | 110.96 |

Sheet no. __**9**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,367.77**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Gary M. Day__ , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035 3200 4786 3293** | | | **late 2006, early 2007** | | | | |
| **Home Depot Credit Services PO Box 689100 Des Moines, IA 50368-9100** | - | | **Materials and supplies for business** | | | | 10,781.96 |
| Account No. | | | **June 2008** | | | | |
| **Ideal Door 890 Central Court New Albany, IN 47150** | X | - | **Materials for inventory** | | | X | 7,553.82 |
| Account No. | | | **January 2007** | | | | |
| **Interface Fabrics 437 Fifth Ave New York, NY 10016** | X | - | **Materials for inventory** | | | X | 357.18 |
| Account No. **000000006070825** | | | **2008** | | | | |
| **J.P. Morgan Chase PO Box 260180 Baton Rouge, LA 70826-0180** | X | J | **Financial Account** | | | | 835.00 |
| Account No. **048845** | | | **July 2008** | | | | |
| **Jaeckle Wholesale Inc 4101 Owl Creek Drive Madison, WI 53718** | X | - | **Materials for inventory** | | | | 4,460.20 |

Sheet no. __10__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,988.16

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary M. Day**
_____,      Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | February 2007 Carpentry services | | | | |
| Jeff Lucca Custom Carpentry Inc 21819 Morning Dove Ln Frankfort, IL 60423 | X | - | | | | | X | |
| | | | | | | | | 26,795.03 |
| Account No. **Visa Acct. No. **** 4896** | | | | 12/08 Overdraft | | | | |
| JP Morgan Chase Bank, N.A. 1200 S. State St. Lemont, IL 60439 | | - | | | | | | |
| | | | | | | | | 100.00 |
| Account No. | | | | April 2008 Shipping services | | | | |
| Kent Kartage Inc 1129 Beachcomber Drive Schaumburg, IL 60193 | X | - | | | | | X | |
| | | | | | | | | 2,517.50 |
| Account No. | | | | February 2008 Materials for inventory | | | | |
| Knoll Textiles 222 Merchandise Mart Plaza Chicago, IL 60654 | X | - | | | | | X | |
| | | | | | | | | 640.22 |
| Account No. | | | | April 2008 Materials for inventory | | | | |
| Lamin-Art 1670 Basswood Rd Schaumburg, IL 60173 | X | - | | | | | | |
| | | | | | | | | 1,290.20 |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,342.95

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary M. Day**                                                      ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Landmark Building Services Inc<br>341 Winslow Way<br>Lake In The Hills, IL 60156** | X | - | | | **January 2008<br>Janitorial services** | | | X | <br><br><br>384.00 |
| Account No.<br><br>**Lewis Floor & Home<br>1840 Skokie Blvd<br>Northbrook, IL 60062** | X | - | | | **August 2008<br>Materials for inventory** | | | X | <br><br><br>288.79 |
| Account No. 819 2414 111 2839<br><br>**Lowe's<br>PO Box 981064<br>El Paso, TX 79998-1064** | | - | | | **3/2007<br>Hot water heater for residence** | | | | <br><br><br>453.40 |
| Account No.<br><br>**M&E Construction<br>1025 Tonne Road<br>Elk Grove Village, IL 60007** | X | - | | | **July 2008<br>Construction services** | | | X | <br><br><br>80,897.00 |
| Account No.<br><br>**M.L. Rongo<br>4817 West Lake Street<br>Melrose Park, IL 60160-2750** | X | - | | | **May 2008<br>Materials for inventory** | | | X | <br><br><br>15,260.55 |

Sheet no. __**12**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

97,283.74

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary M. Day**                                                    ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | MARCH 2008 Materials for inventory | | | | |
| Mandel Metals, Inc. 11400 W Addison St Franklin Park, IL 60131 | X | - | | | | | | X | |
| | | | | | | | | | 288.20 |
| Account No. | | | | | MARCH 2008 Supplies | | | | |
| Martin Industries 1201 N. 25th Ave Melrose Park, IL 60160 | X | - | | | | | | X | |
| | | | | | | | | | 173.24 |
| Account No. | | | | | June 2007 Construction services | | | | |
| Masterbuilders Inc 897 Woodlane Drive Antioch, IL 60002 | X | - | | | | | | X | |
| | | | | | | | | | 15,601.15 |
| Account No. | | | | | July 2008 Construction services | | | | |
| Midwest Saw Inc 850 Meadowview Crossing Unit #4 West Chicago, IL 60185 | X | - | | | | | | X | |
| | | | | | | | | | 281.85 |
| Account No. | | | | | January 2008 Supplies | | | | |
| Midwest Woodworking Machinery PO Box 5747 Elgin, IL 60121-5747 | X | - | | | | | | X | |
| | | | | | | | | | 471.38 |

Sheet no. __13__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    16,815.82

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary M. Day**                                                                    ,          Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Millwork Direct, Inc** <br>**2400 E Main St** <br>**Saint Charles, IL 60174** | X | - | **MARCH 2008** <br>**Materials for inventory** | | | X | 4,465.00 |
| Account No. <br><br>**Mirco Incorporated** <br>**987 S Lively Blvd** <br>**Elk Grove Village, IL 60007** | X | - | **July 2007** <br>**Construction services** | | | X | 1,508.30 |
| Account No. <br><br>**Noonan & Lieberman** <br>**105 W. Adams Street** <br>**Suite 3000** <br>**Chicago, IL 60603** | X | - | **December 2007** <br>**Legal Services** | | | X | 20,000.00 |
| Account No. **60011 5684 0449 7380** <br><br>**Office Depot** <br>**PO Box 689020** <br>**Des Moines, IA 50368-9020** | X | - | **February 2008** <br>**Office supplies** | | | X | 97.00 |
| Account No. <br><br>**Palmer Technical Services** <br>**PO Box 1683** <br>**Lombard, IL 60148** | X | - | **November 2007** <br>**Computer services** | | | X | 519.33 |

Sheet no. _**14**_ of _**19**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,589.63

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary M. Day**                                                          ,        Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br> **Paragon Enterprises, Inc.** <br> **5403 Western Ave** <br> **Suite 104** <br> **Knoxville, TN 37921** | X | - | | | MARCH 2008 <br> Materials for inventory | | | X | |
| | | | | | | | | | **5,148.00** |
| Account No. **GAR20004** <br><br> **Parksite Surfaces** <br> **1563 Hubbard Ave** <br> **Batavia, IL 60510-1419** | X | - | | | November 2007 <br> Materials for inventory | | | | |
| | | | | | | | | | **7,706.07** |
| Account No. <br><br> **Phoenix Builders, Ltd** <br> **1801 Winnetka Circle** <br> **Rolling Meadows, IL 60008** | X | - | | | July 2008 <br> Utilities | | | X | |
| | | | | | | | | | **4,818.88** |
| Account No. <br><br> **PR2 Blueprint** <br> **5100 Newport Drive** <br> **Suite 1** <br> **Rolling Meadows, IL 60008** | X | - | | | April 2008 <br> Construction services | | | X | |
| | | | | | | | | | **205.60** |
| Account No. <br><br> **Prairie State Group Inc** <br> **1625 Weld Road** <br> **Suite C** <br> **Elgin, IL 60123** | X | - | | | April 2007 <br> Contruction services | | | X | |
| | | | | | | | | | **2,000.00** |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,878.55**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary M. Day**                                                              ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **017209** <br><br> **Rayner & Rinn-Scott, Inc** <br> **PO Box 362 Summit** <br> **Summit Argo, IL 60501** | X | - | **MARCH 2008** <br> **Materials for inventory** | | | | **2,740.05** |
| Account No. <br><br> **Roger Shaw & Assoc** <br> **203 Arbor Drive** <br> **Lamar, MO 64759** | X | - | **January 2008** <br> **Software services** | | | X | **2,400.00** |
| Account No. **959 7064 002** <br><br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | | - | **December 2008** <br> **Student loan** | | | | **71,986.09** |
| Account No. <br><br> **Sprovieris Custom Countertops** <br> **55 Laura Dr** <br> **Addison, IL 60101** | X | - | **March 2007** <br> **Materials for inventory** | | | X | **6,500.00** |
| Account No. <br><br> **Star Moulding & Trim** <br> **6606 W 74th Street** <br> **Bedford Park, IL 60638** | X | - | **June 2008** <br> **Materials for inventory** | | | X | **803.86** |

Sheet no. **_16_** of **_19_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **84,430.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary M. Day**                                                              ,          Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | July 2007 Materials for inventory | | | | |
| Stone Tek 323 W Interstate Rd Addison, IL 60101 | X | - | | | | | | X | 2,100.00 |
| Account No. | | | | | February 2008 Construction services | | | | |
| Straight & Level Carpentry Inc c/o Robert Mucci 1275 W. Roosevelt, #119 West Chicago, IL 60185 | X | - | | | | | | X | 70,651.75 |
| Account No. | | | | | April 2008 Materials for inventory | | | | |
| Surface Group Inter 201 Lageschulte Street Barrington, IL 60010 | X | - | | | | | | X | 11,850.00 |
| Account No. 001 379 105 | | | | | 2007 Advertising for business | | | | |
| The Blue Book of Building and Construction PO Box 500 Jefferson Valley, NY 10535 | X | - | | | | | | X | 205.63 |
| Account No. | | | | | July 2006 Commercial lease for 1801 Winnetka Circle | | | | |
| The Western Stevens Group 1801 Winnetka Circle Rolling Meadows, IL 60008 | X | - | | | | | | | 20,895.83 |

Sheet no. __17__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**105,703.21**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary M. Day**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Thornton Powell** <br>**5550 W. 147th Street** <br>**Oak Forest, IL 60452** | X | - | | **March 2007** <br>**Notary bonds** | | | X | 100.00 |
| Account No. **3003209** <br><br>**Total Plastics Inc** <br>**505 Busse Rd** <br>**Elk Grove Village, IL 60007** | X | - | | **September 2007** <br>**Materials for inventory** | | | X | 444.40 |
| Account No. <br><br>**Total Tooling** <br>**1475 Elmhurst Road** <br>**Elk Grove Village, IL 60007** | X | - | | **August 2008** <br>**Supplies** | | | X | 47.60 |
| Account No. <br><br>**Triangle Decorating Co** <br>**2206 Lively Blvd** <br>**Elk Grove Village, IL 60007** | X | - | | **July 2007** <br>**Construction services** | | | X | 18,196.30 |
| Account No. **1534** <br><br>**Univest Capital, Inc f/k/a** <br>**Vanguard Leasing, Inc.** <br>**9322 Reliable Pky** <br>**Chicago, IL 60686-0093** | | | | **October 2006** <br>**Lease for Microvellum Software** <br>**UCC-1 filed 3/18/08 as document 13057664** | | | | 40,000.00 |

Sheet no. _**18**_ of _**19**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,788.30

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary M. Day**                                                                                       ,          Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **212A7F**<br><br>**UPS Lockbox**<br>**577 Carol Stream**<br>**Carol Stream, IL 60132-0577** | X | - | | **July 2008**<br>**Shipping services** | | | X | 348.17 |
| Account No.<br><br>**Walmark Corp**<br>**100 W. Rt. 120**<br>**PO Box R**<br>**Round Lake, IL 60073** | X | - | | **December 2007**<br>**Materials for inventory** | | | X | 212.59 |
| Account No.<br><br>**Woodmac**<br>**3233 Holeman Avenue South**<br>**Chicago Heights, IL 60411-5515** | X | - | | **May 2007**<br>**Materials for inventory** | | | X | 2,997.74 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __**19**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | 3,558.50 |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 700,154.34 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

.

In re   **Gary M. Day**

,                                    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ford Credit**<br>**Customer Service Center**<br>**PO Box 542000**<br>**Omaha, NE 68154-8000** | **Lease for 2007**<br>**Ford Explorer  VIN:  IF MEU 53K37 UA19967**<br>**Acct. No.:  417 929 58** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Gary M. Day**                                                                    ,    Case No. _____
_____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **A&M Hardware, Inc.**<br>**400 W. Gramby St**<br>**Manheim, PA 17545** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **ABS Whole Sale**<br>**953 Seton Court**<br>**Wheeling, IL 60090** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Aetna Plywood, Inc.**<br>**4208 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **All Tile, Inc.**<br>**1201 Chase Ave**<br>**Elk Grove Village, IL 60007** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Anderson Lock Company**<br>**920 Remington Rd**<br>**Schaumburg, IL 60173** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Arkraft Corporation**<br>**2048 Foster Avenue**<br>**Wheeling, IL 60090** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Baer Supply Company**<br>**909 Forest Edge Drive**<br>**Vernon Hills, IL 60061** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Barnes Distribution**<br>**Dept CH 14079**<br>**Palatine, IL 60055-4079** |

**8**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re     **Gary M. Day**                                                                    , Case No. _____

                                                                         Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Blue Care Dental**<br>**75 Remittance Drive**<br>**Suite 1246**<br>**Chicago, IL 60675-1246** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Blue Cross Blue Shield of IL**<br>**PO Box 1186**<br>**Chicago, IL 60690-1186** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Burton Partners, LLC**<br>**931 N Plum Grove Road**<br>**Schaumburg, IL 60173** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **C&S Enterprises, Ltd**<br>**820 Dundee Ave**<br>**Elgin, IL 60120** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **C.R. Laurence Co.**<br>**2765 Spectrum Dr.**<br>**Elgin, IL 60124** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Chicago Office Technology Group**<br>**PO Box 5940**<br>**Lock Box # 20-COE-001**<br>**Carol Stream, IL 60197-5940** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Chicago Suburban Express**<br>**PO Box 388568**<br>**Chicago, IL 60638** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **CIMCO Communications, Inc**<br>**PO Box 95900**<br>**Chicago, IL 60694** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **CINTAS**<br>**1870 Brummel Dr.**<br>**Elk Grove Village, IL 60007** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **City of Rolling Meadows**<br>**3600 Kirchoff Road**<br>**Rolling Meadows, IL 60008** |

Sheet  __1__  of  __8__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary M. Day**                                                              ,   Case No. _____
                                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Claridge Products**<br>**PO Box 910**<br>**Harrison, AR 72602-0910** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Cochrane Compressor Company**<br>**4533 W North Avenue**<br>**Melrose Park, IL 60160** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Collins Supply**<br>**6465 N. Avondale Ave**<br>**Chicago, IL 60631** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Contract Builders Hardware**<br>**1203 S Northwest Hwy**<br>**Barrington, IL 60010** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Custom Crafted Doors**<br>**2810 County Road**<br>**520 North**<br>**El Paso, IL 61738** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Custom Stainless Solutions**<br>**3747 Acorn Lane**<br>**Franklin Park, IL 60131** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Design Tex**<br>**200 Varick Street**<br>**8th Floor**<br>**New York, NY 10014** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Door Connection LLC**<br>**1400 Norwood Ave**<br>**Itasca, IL 60143** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Dymond Glass & Energy**<br>**226 W Belvidere Road**<br>**Hainesville, IL 60030** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **E. Kinast Distributors, Inc**<br>**3299 Eagle Way**<br>**Chicago, IL 60678-1032** |

Sheet ___**2**___ of ___**8**___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **Gary M. Day**                                                        ,    Case No. _____
                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Edgebanding Surfaces, Inc.**<br>**828 W Cienega Ave.**<br>**San Dimas, CA 91773** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **ELC Installation Co**<br>**5635 James Drive**<br>**Oak Forest, IL 60452** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Eli-Wyn Upholstry**<br>**2211 N Elston**<br>**Chicago, IL 60614** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **EPCO Paint**<br>**2655 Kirchoff Road**<br>**Rolling Meadows, IL 60008** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Esser Hayes (Westfield Insurance)**<br>**1811 High Grove, Suite 139**<br>**PO Box 2830**<br>**Naperville, IL 60567** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Fed Ex**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Fred Pryor Seminars**<br>**PO Box 219468**<br>**Kansas City, MO 64121-9468** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **G. Wood Services, Inc**<br>**5680 Northwest Highway**<br>**Chicago, IL 60646** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Golterman & Sabo**<br>**3555 Scarlet Oak Blvd**<br>**Saint Louis, MO 63122** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Groot Recycling & Waste**<br>**2500 Landmeier Road**<br>**Elk Grove Village, IL 60007** |

Sheet  __3__  of  __8__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary M. Day**                                          ,    Case No. _____
                                   Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Hafele America Co.**<br>**PO Box 75352**<br>**Charlotte, NC 28275** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **HealthPro Physician**<br>**4949 Euclid Ave**<br>**Palatine, IL 60067** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Holland Freight Lines**<br>**750 East 40th Street**<br>**Holland, MI 49423** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Home Depot**<br>**825 E. Dundee Rd.**<br>**Palatine, IL 60067** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Ideal Door**<br>**890 Central Court**<br>**New Albany, IN 47150** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Interface Fabrics**<br>**437 Fifth Ave**<br>**New York, NY 10016** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Jaeckle Wholesale Inc**<br>**4101 Owl Creek Drive**<br>**Madison, WI 53718** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Jeff Lucca Custom Carpentry Inc**<br>**21819 Morning Dove Ln**<br>**Frankfort, IL 60423** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Kent Kartage Inc**<br>**1129 Beachcomber Drive**<br>**Schaumburg, IL 60193** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Knoll Textiles**<br>**222 Merchandise Mart Plaza**<br>**Chicago, IL 60654** |

Sheet __4__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Gary M. Day**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Lamin-Art**<br>**1670 Basswood Rd**<br>**Schaumburg, IL 60173** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Landmark Building Services Inc**<br>**341 Winslow Way**<br>**Lake In The Hills, IL 60156** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Lewis Floor & Home**<br>**1840 Skokie Blvd**<br>**Northbrook, IL 60062** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **M&E Construction**<br>**1025 Tonne Road**<br>**Elk Grove Village, IL 60007** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **M.L. Rongo**<br>**4817 West Lake Street**<br>**Melrose Park, IL 60160-2750** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Mandel Metals, Inc.**<br>**11400 W Addison St**<br>**Franklin Park, IL 60131** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Martin Industries**<br>**1201 N. 25th Ave**<br>**Melrose Park, IL 60160** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Masterbuilders Inc**<br>**897 Woodlane Drive**<br>**Antioch, IL 60002** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Midwest Saw Inc**<br>**850 Meadowview Crossing**<br>**Unit #4**<br>**West Chicago, IL 60185** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Midwest Woodworking Machinery**<br>**PO Box 5747**<br>**Elgin, IL 60121-5747** |

Sheet __5__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary M. Day**                                                              Case No. _____
                                                    ,
                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Millwork Direct, Inc**<br>**2400 E Main St**<br>**Saint Charles, IL 60174** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Mirco Incorporated**<br>**987 S Lively Blvd**<br>**Elk Grove Village, IL 60007** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Noonan & Lieberman**<br>**105 W. Adams Street**<br>**Suite 3000**<br>**Chicago, IL 60603** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Office Depot**<br>**PO Box 689020**<br>**Des Moines, IA 50368-9020** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Palmer Technical Services**<br>**PO Box 1683**<br>**Lombard, IL 60148** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Paragon Enterprises, Inc.**<br>**5403 Western Ave**<br>**Suite 104**<br>**Knoxville, TN 37921** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Parksite Surfaces**<br>**1563 Hubbard Ave**<br>**Batavia, IL 60510-1419** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Phoenix Builders, Ltd**<br>**1801 Winnetka Circle**<br>**Rolling Meadows, IL 60008** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **PR2 Blueprint**<br>**5100 Newport Drive**<br>**Suite 1**<br>**Rolling Meadows, IL 60008** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Prairie State Group Inc**<br>**1625 Weld Road**<br>**Suite C**<br>**Elgin, IL 60123** |

Sheet __6__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Gary M. Day**                                                    ,    Case No. _____

_____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Rayner & Rinn-Scott, Inc**<br>**PO Box 362 Summit**<br>**Summit Argo, IL 60501** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Roger Shaw & Assoc**<br>**203 Arbor Drive**<br>**Lamar, MO 64759** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Sprovieris Custom Countertops**<br>**55 Laura Dr**<br>**Addison, IL 60101** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Star Moulding & Trim**<br>**6606 W 74th Street**<br>**Bedford Park, IL 60638** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Stone Tek**<br>**323 W Interstate Rd**<br>**Addison, IL 60101** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Straight & Level Carpentry Inc**<br>**c/o Robert Mucci**<br>**1275 W. Roosevelt, #119**<br>**West Chicago, IL 60185** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Surface Group Inter**<br>**201 Lageschulte Street**<br>**Barrington, IL 60010** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **The Blue Book of Building**<br>**and Construction**<br>**PO Box 500**<br>**Jefferson Valley, NY 10535** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **The Western Stevens Group**<br>**1801 Winnetka Circle**<br>**Rolling Meadows, IL 60008** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Thornton Powell**<br>**5550 W. 147th Street**<br>**Oak Forest, IL 60452** |

Sheet __7__ of __8__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Gary M. Day**                                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Total Plastics Inc**<br>**505 Busse Rd**<br>**Elk Grove Village, IL 60007** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Total Tooling**<br>**1475 Elmhurst Road**<br>**Elk Grove Village, IL 60007** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Triangle Decorating Co**<br>**2206 Lively Blvd**<br>**Elk Grove Village, IL 60007** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **UPS Lockbox**<br>**577 Carol Stream**<br>**Carol Stream, IL 60132-0577** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Walmark Corp**<br>**100 W. Rt. 120**<br>**PO Box R**<br>**Round Lake, IL 60073** |
| **Gary M. Day Inc. dba Nuveau Designs**<br>**c/o Gary M. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Woodmac**<br>**3233 Holeman Avenue South**<br>**Chicago Heights, IL 60411-5515** |
| **Josette B. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **AmTrust**<br>**PO Box 790376**<br>**Saint Louis, MO 63179-0376** |
| **Josette B. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **Ocwen Loan Servicing, LLC**<br>**PO Box 785063**<br>**Orlando, FL 32878-5063** |
| **Josette B. Day**<br>**225 N. Valley Rd**<br>**Barrington, IL 60010** | **J.P. Morgan Chase**<br>**PO Box 260180**<br>**Baton Rouge, LA 70826-0180** |

Sheet __8__ of __8__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re ___Gary M. Day_____          Case No. _____
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Consultant | |
| Name of Employer | Self Employed (was Gary M. Day, Inc.) | |
| How long employed | 9 years | |
| Address of Employer | 225 N. Valley Road Barrington, IL 60010 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 12,000.00 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 12,000.00 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 12,000.00 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 12,000.00 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 12,000.00 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   Gary M. Day _____   Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 5,884.00 |
| a. Are real estate taxes included?     Yes ___     No _X_ | | |
| b. Is property insurance included?     Yes ___     No _X_ | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 499.00 |
| b. Water and sewer | $ | 150.00 |
| c. Telephone | $ | 200.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 250.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 470.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 80.00 |
| b. Life | $ | 350.00 |
| c. Health | $ | 800.00 |
| d. Auto | $ | 100.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 616.00 |
| b. Other   Student Loan | $ | 600.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   See Detailed Expense Attachment | $ | 990.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $   11,989.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 12,000.00 |
| b.   Average monthly expenses from Line 18 above | $ | 11,989.00 |
| c.   Monthly net income (a. minus b.) | $ | 11.00 |

**B6J (Official Form 6J) (12/07)**

In re    Gary M. Day                                                    Case No. _____
_____
                            Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| Train | $ | 140.00 |
| Parking | $ | 50.00 |
| Tuition | $ | 800.00 |
| **Total Other Expenditures** | $ | 990.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Gary M. Day                      Case No. _____

                          Debtor(s)      Chapter   7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___44___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   February  9, 2009               Signature    /s/ Gary M. Day
                                            Gary M. Day
                                            Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Gary M. Day                  Case No.                 
                               Debtor(s)            Chapter     7                 

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | Husband - 1/1/09 - 1/31/09 |
| $63,209.00 | Husband - 1/1/08 - 12/31/08 |
| $54,767.00 | Husband - 1/1/07 -12/31/07 |

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| AmTrust<br>PO Box 790376<br>Saint Louis, MO 63179-0376 | 11/1/2008 | $4,345.00 | $464,859.00 |
| AmTrust<br>PO Box 790376<br>Saint Louis, MO 63179-0376 | 12/1/2008 | $4,345.00 | $464,859.00 |
| AmTrust<br>PO Box 790376<br>Saint Louis, MO 63179-0376 | 1/1/2009 | $4,345.00 | $464,859.00 |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Univest Capital, Inc. f/k/a Vanguard Leasing, Inc. v. Gary M. Day, Inc. d/b/a Nuveau Designs, Ltd. and Gary Day No. 0810040-31-1 | Civil Action | Court of Common Pleas Bucks County, Pennsylvania | Pending |
| Am. Chartered Bank No. 08 L 051234 | Civil Action | Cook County, Illinois | Judgment |
| FH Premier Plywood, Inc. v. Nuveau Designs, Inc. and Gary Day No. 08 M 126365 | Civil Action | Nineteenth Judicial Circuit, Lake County, Illinois | Judgment |
| Aetna Plywood Inc. vs. Day, Gary M. Case No. 2008 M1 137608 | Contract | Circuit Court, Cook County, Illinois | Judgment |
| Peter A. Rubino, Sr. vs. Nuveau Designs and Gary M. Dany, Inc. and Gary M. Day, Individually Claim No. 08 004915 | Wage Claim | State of IL, Dept. of Labor Law Division/Hearings Section | Pending |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Golan & Christie LLP 70 W. Madison, #1500 Chicago, IL 60602 | 1/21/09 | $2,500 |

### 10. Other transfers

None
■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| Charles Schwab<br>Phoenix Ops Center<br>PO Box 52114<br>Phoenix, AZ 85072 | Money Market Account<br>Acct No. - 2601<br>Final Balance $160.63 | 1/22/09<br>$160.63 |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Gary M. Day Inc. d/b/a Nuveau Designs | 20-0322906 | 225 N. Valley Rd. Barrington, IL 60010 | Architectural millwork | 7/16/06 - 8/22/08 |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Gary Spencer;  Burton Partners<br>931N. Plum Grove Rd.<br>Schaumburg, IL 60173 | Since ~ 2002 |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| American Charted Bank<br>PO Box 6353<br>Fargo, ND 58125-6353 | end of 2006 |
| Vanguard Leasing<br>n/k/a Univest Capital, Inc.<br>9322 Reliable Pky<br>Chicago, IL 60686-0093 | end of 2006 |
| Comerica<br>1900 West Loop  South<br>Suite 200<br>Houston, TX 77027 | end of 2006 |

### 20. Inventories

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

8

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   February  9, 2009                          Signature   /s/ Gary M. Day
                                                              Gary M. Day
                                                              Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Gary M. Day                                    Case No.                     

                                              Debtor(s)                    Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:**<br>AmTrust | **Describe Property Securing Debt:**<br>House - 1st Mortgage |
|---|---|

Property will be (check one):
- ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt           ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:**<br>Citizens Automobile Finance, Inc. | **Describe Property Securing Debt:**<br>2001 Ford Escape<br>VIN:  1FMYU4141KE78269 |
|---|---|

Property will be (check one):
- ☐ Surrendered           ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt           ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Ocwen Loan Servicing, LLC | **Describe Property Securing Debt:**<br>House - 2nd Mortgage |

Property will be (check one):
   ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt             ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Ford Credit | **Describe Leased Property:**<br>Lease for 2007<br>Ford Explorer  VIN:  IF MEU 53K37<br>UA19967<br>Acct. No.:  417 929 58 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   February  9, 2009 _____     Signature   /s/ Gary M. Day _____
                                        Gary M. Day
                                        Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   Gary M. Day

Debtor(s)

Case No. _____

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................   $          2,500.00

Prior to the filing of this statement I have received...................................................   $          2,500.00

Balance Due................................................................................................................   $              0.00

2.  The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   February  9, 2009

/s/ Barbara L. Yong
Barbara L. Yong
Golan & Christie LLP
70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300  Fax: (312) 263-0939
Blyong@golanchristie.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## **Chapter 11**: **Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## **Chapter 12**: **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## **3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney
I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Barbara L. Yong | X /s/ Barbara L. Yong | February 9, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300
Blyong@golanchristie.com

### Certificate of Debtor
I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Gary M. Day | X /s/ Gary M. Day | February 9, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) | X | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    Gary M. Day

Debtor(s)

Case No.

Chapter    7

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    105

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    February  9, 2009

/s/ Gary M. Day

Gary M. Day

Signature of Debtor

A&M Hardware, Inc.
400 W. Gramby St
Manheim, PA 17545


ABS Whole Sale
953 Seton Court
Wheeling, IL 60090


Aetna Plywood, Inc.
4208 Paysphere Circle
Chicago, IL 60674


All Tile, Inc.
1201 Chase Ave
Elk Grove Village, IL 60007


American Chartered Bank
Cardmember Service
PO Box 6353
Fargo, ND 58125-6353


American Express
Customer Service
PO Box 981535
El Paso, TX 79998-1535


American Funds
c/o Waterstone Financial Group, Inc
931 N Plum Grove Rd
Schaumburg, IL 60173-4767


AmTrust
PO Box 790376
Saint Louis, MO 63179-0376


Anderson Lock Company
920 Remington Rd
Schaumburg, IL 60173


Arkraft Corporation
2048 Foster Avenue
Wheeling, IL 60090

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Baer Supply Company
909 Forest Edge Drive
Vernon Hills, IL 60061


Bank of America
PO Box 15026
Wilmington, DE 19850-2026


Barnes Distribution
Dept CH 14079
Palatine, IL 60055-4079


Best Buy
Retail Services
PO Box 15521
Wilmington, DE 19850-5521


Blue Care Dental
75 Remittance Drive
Suite 1246
Chicago, IL 60675-1246


Blue Cross Blue Shield of IL
PO Box 1186
Chicago, IL 60690-1186


Burton Partners, LLC
931 N Plum Grove Road
Schaumburg, IL 60173


C&S Enterprises, Ltd
820 Dundee Ave
Elgin, IL 60120


C.R. Laurence Co.
2765 Spectrum Dr.
Elgin, IL 60124

Chicago Office Technology Group
PO Box 5940
Lock Box # 20-COE-001
Carol Stream, IL 60197-5940


Chicago Suburban Express
PO Box 388568
Chicago, IL 60638


CIMCO Communications, Inc
PO Box 95900
Chicago, IL 60694


CINTAS
1870 Brummel Dr.
Elk Grove Village, IL 60007


Citibank USA, N.A.
c/o NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Citizens Automobile Finance, Inc.
PO Box 42113
Providence, RI 02940-2113


City of Rolling Meadows
3600 Kirchoff Road
Rolling Meadows, IL 60008


Claridge Products
PO Box 910
Harrison, AR 72602-0910


Cochrane Compressor Company
4533 W North Avenue
Melrose Park, IL 60160


Collins Supply
6465 N. Avondale Ave
Chicago, IL 60631

Comerica Bank
1900 West Loop South
Suite 220
Houston, TX 77027


Contract Builders Hardware
1203 S Northwest Hwy
Barrington, IL 60010


Custom Crafted Doors
2810 County Road
520 North
El Paso, IL 61738


Custom Stainless Solutions
3747 Acorn Lane
Franklin Park, IL 60131


Design Tex
200 Varick Street
8th Floor
New York, NY 10014


Door Connection LLC
1400 Norwood Ave
Itasca, IL 60143


Dymond Glass & Energy
226 W Belvidere Road
Hainesville, IL 60030


E. Kinast Distributors, Inc
3299 Eagle Way
Chicago, IL 60678-1032


Edgebanding Surfaces, Inc.
828 W Cienega Ave.
San Dimas, CA 91773


ELC Installation Co
5635 James Drive
Oak Forest, IL 60452

Eli-Wyn Upholstry
2211 N Elston
Chicago, IL 60614


EPCO Paint
2655 Kirchoff Road
Rolling Meadows, IL 60008


Esser Hayes (Westfield Insurance)
1811 High Grove, Suite 139
PO Box 2830
Naperville, IL 60567


Fed Ex
PO Box 94515
Palatine, IL 60094-4515


FH Premier Plywood, Inc.
c/o Edwin J. Belz, Atty.
4407 N. Eston Ave.
Chicago, IL 60630


Ford Credit
Customer Service Center
PO Box 542000
Omaha, NE 68154-8000


Fred Pryor Seminars
PO Box 219468
Kansas City, MO 64121-9468


G. Wood Services, Inc
5680 Northwest Highway
Chicago, IL 60646


Gary M. Day Inc. dba Nuveau Designs
c/o Gary M. Day
225 N. Valley Rd
Barrington, IL 60010


Golterman & Sabo
3555 Scarlet Oak Blvd
Saint Louis, MO 63122

Groot Recycling & Waste
2500 Landmeier Road
Elk Grove Village, IL 60007


Hafele America Co.
PO Box 75352
Charlotte, NC 28275


HealthPro Physician
4949 Euclid Ave
Palatine, IL 60067


Holland Freight Lines
750 East 40th Street
Holland, MI 49423


Home Depot
825 E. Dundee Rd.
Palatine, IL 60067


Home Depot
Credit Services
PO Box 689100
Des Moines, IA 50368-9100


Ideal Door
890 Central Court
New Albany, IN 47150


Interface Fabrics
437 Fifth Ave
New York, NY 10016


J.P. Morgan Chase
PO Box 260180
Baton Rouge, LA 70826-0180


Jaeckle Wholesale Inc
4101 Owl Creek Drive
Madison, WI 53718


Jeff Lucca Custom Carpentry Inc
21819 Morning Dove Ln
Frankfort, IL 60423

Josette B. Day
225 N. Valley Rd
Barrington, IL 60010


JP Morgan Chase Bank, N.A.
1200 S. State St.
Lemont, IL 60439


Kent Kartage Inc
1129 Beachcomber Drive
Schaumburg, IL 60193


Knoll Textiles
222 Merchandise Mart Plaza
Chicago, IL 60654


Lamin-Art
1670 Basswood Rd
Schaumburg, IL 60173


Landmark Building Services Inc
341 Winslow Way
Lake In The Hills, IL 60156


Lewis Floor & Home
1840 Skokie Blvd
Northbrook, IL 60062


Lowe's
PO Box 981064
El Paso, TX 79998-1064


M&E Construction
1025 Tonne Road
Elk Grove Village, IL 60007


M.L. Rongo
4817 West Lake Street
Melrose Park, IL 60160-2750


Mandel Metals, Inc.
11400 W Addison St
Franklin Park, IL 60131

Martin Industries
1201 N. 25th Ave
Melrose Park, IL 60160


Masterbuilders Inc
897 Woodlane Drive
Antioch, IL 60002


Midwest Saw Inc
850 Meadowview Crossing
Unit #4
West Chicago, IL 60185


Midwest Woodworking Machinery
PO Box 5747
Elgin, IL 60121-5747


Millwork Direct, Inc
2400 E Main St
Saint Charles, IL 60174


Mirco Incorporated
987 S Lively Blvd
Elk Grove Village, IL 60007


Noonan & Lieberman
105 W. Adams Street
Suite 3000
Chicago, IL 60603


Ocwen Loan Servicing, LLC
PO Box 785063
Orlando, FL 32878-5063


Office Depot
PO Box 689020
Des Moines, IA 50368-9020


Palmer Technical Services
PO Box 1683
Lombard, IL 60148

Paragon Enterprises, Inc.
5403 Western Ave
Suite 104
Knoxville, TN 37921


Parksite Surfaces
1563 Hubbard Ave
Batavia, IL 60510-1419


Phoenix Builders, Ltd
1801 Winnetka Circle
Rolling Meadows, IL 60008


PR2 Blueprint
5100 Newport Drive
Suite 1
Rolling Meadows, IL 60008


Prairie State Group Inc
1625 Weld Road
Suite C
Elgin, IL 60123


Rayner & Rinn-Scott, Inc
PO Box 362 Summit
Summit Argo, IL 60501


Roger Shaw & Assoc
203 Arbor Drive
Lamar, MO 64759


Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773-9500


Sprovieris Custom Countertops
55 Laura Dr
Addison, IL 60101


Star Moulding & Trim
6606 W 74th Street
Bedford Park, IL 60638

Stone Tek
323 W Interstate Rd
Addison, IL 60101


Straight & Level Carpentry Inc
c/o Robert Mucci
1275 W. Roosevelt, #119
West Chicago, IL 60185


Surface Group Inter
201 Lageschulte Street
Barrington, IL 60010


The Blue Book of Building
 and Construction
PO Box 500
Jefferson Valley, NY 10535


The Western Stevens Group
1801 Winnetka Circle
Rolling Meadows, IL 60008


Thornton Powell
5550 W. 147th Street
Oak Forest, IL 60452


Total Plastics Inc
505 Busse Rd
Elk Grove Village, IL 60007


Total Tooling
1475 Elmhurst Road
Elk Grove Village, IL 60007


Triangle Decorating Co
2206 Lively Blvd
Elk Grove Village, IL 60007


Univest Capital, Inc f/k/a
Vanguard Leasing, Inc.
9322 Reliable Pky
Chicago, IL 60686-0093

UPS Lockbox
577 Carol Stream
Carol Stream, IL 60132-0577


Walmark Corp
100 W. Rt. 120
PO Box R
Round Lake, IL 60073


Woodmac
3233 Holeman Avenue South
Chicago Heights, IL 60411-5515

## Donna F. Hartl

**From:**     macys.com [CustomerService@o.macys.com]
**Sent:**     Thursday, December 11, 2008 3:36 PM
**To:**       Donna F. Hartl
**Subject:** macys.com | order confirmation



| for the home | bed & bath | women | men | juniors | kids | beauty | shoes | handbags & accessories | jewelry & watches | sale |

STORES    GIFTS & GIFT CARDS    WEDDING REGISTRY

Thanks for shopping at macys.com!

Your order has been received, and is expected to ship on the date below. We'll email you if the shipment date changes, and update you on the status of your order once it ships.

### ORDER INFORMATION

**ORDER NUMBER**          565026522

**BILLING ADDRESS**       DONNA F HARTL
14745 HICKORY RD
LEMONT, IL 60439 USA

### SHIPMENT ADDRESS 1

**SHIP TO**               DREGNIERDAWNWINTERS
LISALABIAKJOERINKEALICIABETTS
GRAND PRAIRIE SERVICES
17746 S. OAK PARK AVENUE
TINLEY PARK, IL 60477 USA

| PRODUCT DESCRIPTION | ITEM PRICE | QUANTITY | SHIPS BY | DELIVERY METHOD |
|---|---|---|---|---|
|  Godiva - Large Milk Assortment, 22-Piec | $24.65 | 5 | 12/16/2008 | STANDARD |

### TOTALS

| | |
|---|---|
| Merchandise Total: | $123.25 |
| Sales Tax: | $1.23 |
| Order Total: | $124.48 |
| Amount Tendered: | |

12/11/2008

## Donna F. Hartl

| | |
|---|---|
| **From:** | macys.com [CustomerService@o.macys.com] |
| **Sent:** | Thursday, December 11, 2008 3:42 PM |
| **To:** | Donna F. Hartl |
| **Subject:** | macys.com | order confirmation |



for the home | bed & bath | women | men | juniors | kids | beauty | shoes | handbags & accessories | jewelry & watches | sale

STORES  GIFTS & GIFT CARDS  WEDDING REGISTRY

Thanks for shopping at macys.com!

Your order has been received, and is expected to ship on the date below. We'll email you if the shipment date changes, and update you on the status of your order once it ships.

### ORDER INFORMATION

**ORDER NUMBER**     565026532

**BILLING ADDRESS**     DONNA F HARTL
14745 HICKORY RD
LEMONT, IL 60439 USA

### SHIPMENT ADDRESS 1

**SHIP TO**     JOHNRABCHUK LARRYCURTIS MIKE VANWYHE
SYSTECH INC.
9014 HERITAGE PARKWAY
WOODRIDGE, IL 60517 USA

| PRODUCT DESCRIPTION | ITEM PRICE | QUANTITY | SHIPS BY | DELIVERY METHOD |
|---|---|---|---|---|
| Godiva - Ballotin, 36-Piece | $32.30 | 2 | 12/16/2008 | STANDARD |
| Godiva - Holiday Ballotin, 19-Piece<br>Size: NO SIZE | $23.80 | 1 | 12/16/2008 | STANDARD |

### TOTALS

12/11/2008

| Merchandise Total: | $88.40 |
| Sales Tax: | $0.88 |
| Order Total: | $89.28 |
| | |
| Amount Tendered: | --- |
| **MACY'S ************3091** | $89.28 |

**PLEASE NOTE: If you'd like to make changes to your order, you must do so within 1 hour from the time you submit your order. These changes include cancellation requests, address changes, upgraded shipping or adding items to your order.**

You may check your order status here. Or sign in anytime at macys.com and go to Customer Service/My Order.

Thanks again for shopping with us!

Sincerely,
macys.com

If you have any questions about your order, please contact us.

For faster checkout next time, register now on macys.com!

12/11/08 04:56:07
|~66563644524000100100002008-12-11-16.53.01.706335:36954094~|

shop online    find a store    register    easy returns    customer service    order status
©2008 Macy"s, Inc. Macy"s and the red star are registered trademarks of Macy"s, Inc. All rights reserved.

Shipping Policy    Pricing Policy    Privacy Policy    Legal Notice

12/11/2008

## Donna F. Hartl

**From:**   macys.com [CustomerService@o.macys.com]
**Sent:**   Thursday, December 11, 2008 3:52 PM
**To:**     Donna F. Hartl
**Subject:** macys.com | order confirmation



| for the home | bed & bath | women | men | juniors | kids | beauty | shoes | handbags & accessories | jewelry & watches | sale |
|---|---|---|---|---|---|---|---|---|---|---|

STORES    GIFTS & GIFT CARDS    WEDDING REGISTRY

Thanks for shopping at macys.com!

Your order has been received, and is expected to ship on the date below. We'll email you if the shipment date changes, and update you on the status of your order once it ships.

### ORDER INFORMATION

**ORDER NUMBER**           565026534

**BILLING ADDRESS**        DONNA F HARTL
                           14745 HICKORY RD
                           LEMONT, IL 60439 USA

### SHIPMENT ADDRESS 1

**SHIP TO**                DOMINIC KAY SERPICO
                           500 RENDONDO DRIVE
                           #507
                           DOWNERS GROVE, IL 60516 USA

| PRODUCT DESCRIPTION | ITEM PRICE | QUANTITY | SHIPS BY | DELIVERY METHOD |
|---|---|---|---|---|
| Frango Chocolates - Assorted Liqueur - 1 Lb. Size: NO SIZE | $11.89 | 1 | 12/16/2008 | STANDARD |

### GIFT OPTIONS

**GIFT BOX**               No

**GIFT RECEIPT**           No

**GIFT MESSAGE**           Happy Holidays
                           Donna Hartl
                           Golan & Christie LLP

### SHIPMENT ADDRESS 2

12/11/2008

**SHIP TO**

JOHN GAVELDA
1517 HEATHERTON COURT
NAPERVILLE, IL 60563 USA

| PRODUCT DESCRIPTION | ITEM PRICE | QUANTITY | SHIPS BY | DELIVERY METHOD |
|---|---|---|---|---|
| Frango Chocolates - Assorted Liqueur - 1 Lb.<br>Size: NO SIZE | $11.89 | 1 | 12/16/2008 | STANDARD |

## GIFT OPTIONS

| | |
|---|---|
| **GIFT BOX** | No |
| **GIFT RECEIPT** | No |
| **GIFT MESSAGE** | Happy Holidays<br>Donna Hartl<br>Golan & Christie LLP |

## SHIPMENT ADDRESS 3

**SHIP TO**

MICHELLE BOBART
MOBIUM MORTGAGE
319 W. ONTARIO STREET
CHICAGO, IL 60610 USA

| PRODUCT DESCRIPTION | ITEM PRICE | QUANTITY | SHIPS BY | DELIVERY METHOD |
|---|---|---|---|---|
| Frango Chocolates - Assorted Liqueur - 1 Lb.<br>Size: NO SIZE | $11.89 | 1 | 12/16/2008 | STANDARD |

## GIFT OPTIONS

| | |
|---|---|
| **GIFT BOX** | No |
| **GIFT RECEIPT** | No |
| **GIFT MESSAGE** | Happy Holidays<br>Donna Hartl<br>Golan & Christie LLP |

## SHIPMENT ADDRESS 4

**SHIP TO**

RICHARD AND OLIVE GUERINE
12680 CRESTVIEW DRIVE
HUNTLEY, IL 60142 USA

| PRODUCT DESCRIPTION | ITEM | QUANTITY | SHIPS BY | DELIVERY |
|---|---|---|---|---|

| | | PRICE | | | METHOD |
|---|---|---|---|---|---|

Frango Chocolates - Assorted Liqueur - 1    $11.89    1    12/16/2008    STANDARD
Lb.
Size: NO SIZE

## GIFT OPTIONS

**GIFT BOX**                    No

**GIFT RECEIPT**                No

**GIFT MESSAGE**                Happy Holidays
                                Donna Hartl
                                Golan & Christie LLP

## TOTALS

| | |
|---|---|
| Merchandise Total: | $47.56 |
| Standard Shipping: | $9.95 |
| Multiple Address Charge: | $18.00 |
| Sales Tax: | $0.48 |
| **Order Total:** | **$75.99** |
| | |
| Amount Tendered: | --- |
| MACY'S ************3091 | $75.99 |

**PLEASE NOTE: If you'd like to make changes to your order, you must do so within 1
hour from the time you submit your order. These changes include cancellation
requests, address changes, upgraded shipping or adding items to your order.**

You may check your order status here. Or sign in anytime at macys.com and go to Customer
Service/My Order.

Thanks again for shopping with us!

Sincerely,
macys.com

If you have any questions about your order, please contact us.

For faster checkout next time, register now on macys.com!

12/11/08 05:05:48
|~66565702924000100100022008-12-11-17.01.33.936055:36955379~|

shop online      find a store      register      easy returns      customer service      order status

©2008 Macy's, Inc. Macy"s and the red star are registered trademarks of Macy"s, Inc. All rights reserved.

Shipping Policy    Pricing Policy    Privacy Notice    Legal Notice

12/11/2008

## GOLAN & CHRISTIE LLP
## Expense Report - Promotional 999.002

Name:  Donna F. Hartl

Period Beginning:  December 11, 2008

Date of Report:  December 12, 2008

Period Ending:  December 11, 2008

## TOTAL: $290.15

| DATE | 12/11/08 | 12/11/08 | 12/11/08 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Meals – Promotional | 124.48 | 89.28 | 75.99 | | | | | | |
| Cab Fare | | | | | | | | | |
| Automobile Mileage (.50¢ x _____ Mi.) | | | | | | | | | |
| Parking, Tolls | | | | | | | | | |
| Club Sports/Sports Event | | | | | | | | | |
| Hotel / Air Fare | | | | | | | | | |
| **Total Expenses** | **$124.88** | **$89.28** | **75.99** | | | | | | |

## Required Substantiation of Partner Promotional Expenses

| Date | Client | Place | Participants | Amount | Nature of Discussions |
|---|---|---|---|---|---|
| 12/11/08 | General | Macy's | DFH | $124.88 | G&C Promo |
| 12/11/08 | General | Macy's | DFH | $89.28 | G&C Promo |
| 12/11/08 | General | Macy's | DFH | 75.99 | G&C Promo |

ATTACH RECEIPTS FOR ALL ITEMS OVER $25.00

SIGNATURE:

Page 1 of 1

{00087761.DOC / }